IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01099-BNB

ERIK ANSTEENSEN,

    Applicant,

v.

WARDEN DAVIS, Buena Vista Correctional Facility, and
JOHN SUTHERS, Attorney General of the State of Colorado,

    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP -2 2011

GREGORY C. LANGHAM
CLERK

## ORDER

This matter is before the Court on the letter (ECF No. 18) that Applicant, Erik B. Ansteensen, filed with the Court on August 29, 2011.

In the letter, Mr. Ansteensen asserts claims that are inappropriate in a habeas corpus action. Therefore, the Court will disregard the August 29 letter. If Mr. Ansteensen wishes to assert the claims raised in the August 29 letter, he may do so by initiating a separate civil rights action. He may obtain the Court-approved Prisoner Complaint form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.

Accordingly, it is

ORDERED that the Court will disregard the letter (ECF No. 18) that Applicant, Erik B. Ansteensen, submitted to and filed with the Court on August 29, 2011. It is

FURTHER ORDERED that, if Mr. Ansteensen wishes to assert the claims raised in his August 29 letter, he may do so by filing a separate civil rights action.

DATED September 2, 2011, at Denver, Colorado.

                                                       BY THE COURT:

                                                      s/ Boyd N. Boland
                                                      United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01099-BNB

Erik Ansteensen
Prisoner No. 123736
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 2, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk